# United States Bankruptcy Court
## Southern District of Ohio

In re: **Crystal L Gutierrez**

Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **September 23, 2014**

**/s/ Crystal L Gutierrez**
**Crystal L Gutierrez**
Signature of Debtor